# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 14, 2023

## NO. 03-23-00741-CR

**The State of Texas, Appellant**

**v.**

**Stephan Anthony Burney, Appellee**

**APPEAL FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order of mistrial entered by the trial court. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.